**Order entered January 9, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00900-CV

### DOMANCIO CASTILLO, Appellant

### V.

### SAVING GRACE #22 LLC, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-22-02837-A**

## ORDER

On January 3, 2023, Cleatrice Willform-Castillo filed (1) a motion for designation for the record on appeal, (2) motion for extension of time to file a brief, and (3) motion to amend complaint. In the latter two motions, Ms. Willform-Castillo states that appellant Domancio Castillo has given her his power of attorney. A person who is not a licensed attorney may not represent other persons or entities in legal matters. *See* TEX. R. CIV. P. 7; *Harkins v. Murphy & Bolanz,* 51 Tex. Civ. App. 568, 112 S.W. 136, 138 (Tex. Civ. App.—Dallas 1908,

writ dism'd) (power of attorney does not authorize one to act as attorney-at-law). Accordingly, the Court will take no action on these motions.

On January 4, 2023, Ms. Willform-Castillo filed an amended notice of appeal to reflect herself as the appellant in this appeal. She filed the amended notice of appeal pursuant to her power of attorney not as a party. Accordingly, we **STRIKE** the amended notice of appeal.

/s/    KEN MOLBERG
       JUSTICE